UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:                                                   CHAPTER 13

DEBRA A. DUSZYK,                        CASE NO. 18-21503

      Debtor.                                              January 04, 2019

## OBJECTION TO CONFIRMATION

Trinity Financial Services, LLC ("Movant"), a secured creditor in the above bankruptcy case on property located at 49 Edison Road, Manchester, CT 06040 by its undersigned counsel, respectfully objects to confirmation of Debtor's Plan and in support of its objection respectfully alleges:

1. Debtor's Plan attempts to strip off Creditor's lien. Creditor denies that the correct value of the Property is $145,000.00. Creditor asserts that the correct value of the Property is greater than the amount owed on the first priority lien. Creditor requests additional time to conduct an appraisal to ensure that Creditor's lien is wholly unsecured. If the Property value is greater than the amount owed, the lien strip is impermissible under 11 U.S.C. Section 506.

Movant further reserves its right under the confirmation order to amend its proof of claim and/or proceed forward with a Motion for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing. Said reservation of rights shall remain in full force and effect during the post confirmation period regardless of whether the instant objection to claim is withdrawn or marked off.

WHEREFORE, Movant prays that confirmation of the Debtor's Plan be denied.

1. Deny Confirmation,

2. Grant such other and further relief as is just and equitable

                Trinity Financial Services, LLC

By:       */s/Linda  St. Pierre*
             Linda  St. Pierre
             McCalla Raymer Leibert Pierce, LLC
             50 Weston Street
             Hartford, CT 06120
             Federal Bar No. CT22287

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY.  IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**

In Re:  Debra A. Duszyk                                                  Bankruptcy Case:      18-21503

                         Chapter:      13

## CERTIFICATION

  I hereby certify that a copy of the foregoing was served via first class, postage prepaid U.S. mail and/or via ECF e-mail this fourth day of January, 2019 to:

Debra A. Duszyk
49 Edison Road
Manchester, CT 06040

Matthew R. Potter       *(served via ECF notification)*
Beck and Eldergill
447 Center Street
Manchester, CT 06040

Roberta Napolitano      *(served via ECF notification)*
10 Columbus Boulevard
6th Floor
Hartford, CT 06106

U. S. Trustee         *(served via ECF notification)*
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT  06510

Dated: January 04, 2019      By: */s/Linda  St. Pierre*
                  Linda  St. Pierre, Esq.
                  McCalla Raymer Leibert Pierce, LLC
                  50 Weston Street
                  Hartford, CT 06120
                  (860) 808-0606