UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re
**DEBRA A. DUSZYK**                  :       Case No. 18-21503 JJT
Debtor(s)
                                     :       Chapter 13

                                     :       July 31, 2019

## CERTIFICATION OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 31st day of July, 2019, the following documents were served on the U.S. Trustee, the local Trustee, and all appearing parties/creditors via the court's electronic filing system and/or by first class mail or certified mail as listed below:

1. **Documents Served:**
    a. First Application for Compensation
    b. Order Approving First Application for Compensation

2. **Parties Served by First Class Mail:**

    Debra Duszyk
    49 Edison Road
    Manchester, CT 06040

    Specialized Loan Servicing LLC
    4841 Dallas Parkway, Suite 425
    Dallas, TX 75254

    Specialized Loan Servicing LLC
    8472 Lucent Blvd., Suite 300
    Highlands Ranch, CO 80129

U.S. Bank Trust, N.A. as Trustee for LSF10 Master Participation Trust
13801 Wireless Way
Oklahoma City, OK 73134

3. **Parties Served by Certified Mail:** None

4. **Parties Served Via ECF:**
Sara Buchanan  BKECF@bmpc-law.com
Patrick Crook  pcrook@ch13rn.com
Roberta Napolitano  notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com
Linda St. Pierre  bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com
U.S. Trustee  USTPRegion02.NH.ECF@USDOJ.GOV

/s/Matthew R. Potter
Matthew R. Potter
CT 15139
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
(860) 646-5606
Fax (860) 646-0054